UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GLENN TROTTIE<br>   *Plaintiff,*<br><br>vs.<br><br>WELLS FARGO MERCHANT SERVICES,<br>LLC, BEN BROWN<br>   *Defendant.* | §<br>§<br>§<br>§   CAUSE NO:   SA:15-CV-00176-OLG<br>§<br>§<br>§<br>§ |

**REFERRAL ORDER**

This matter is referred to United States Magistrate Judge John W. Primomo to consider *Plaintiff's Motion to Remand [doc. #5]* filed on March 23, 2015 and for recommendation thereon.

It is so ORDERED.

SIGNED this 7th day of July, 2015.

_____
ORLANDO L GARCIA
UNITED STATES DISTRICT JUDGE